

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,840

**EX PARTE SCOTTY RAY BATES, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 29601-A IN THE 3rd DISTRICT COURT
## FROM ANDERSON COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of theft and sentenced to two years' imprisonment.

On August 22, 2012, this Court granted relief to the Applicant in the form of an out-of-time appeal. However, since that opinion was issued additional information has been forwarded to this Court indicating the Applicant is now deceased. Therefore, we withdraw our previous opinion and dismiss this application as moot. *Ex parte Cruz*, 946 S.W.2d 347 (Tex. Crim. App. 1997).

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional

Institutions Division and Pardons and Paroles Division.


Delivered: September 19, 2012
Do not publish